IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HEALTH AND WELFARE PLAN AND TRUST OF NORTHWEST FOREST PRODUCTS ASSOCIATION WOODWORKERS DISTRICT LODGE 1, IAM, AFL-CIO, *also known as* THE NELSON TRUST,<br><br>　　　　　Plaintiff,<br>　v.<br><br>KOPPERS, INC.,<br><br>　　　　　Defendant. | Case No.: 3:22-cv-02009-AN<br><br>JUDGMENT |

Based on the joint stipulation of the parties,

It is adjudged that this case is DISMISSED with prejudice and without costs or attorney fees to either party.

DATED this 25th day of October, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Adrienne Nelson
　　　　　　　　　　　　　　　　United States District Judge

1